### MARK CROSS CO. v. UNITED STATES.

(Circuit Court, S. D. New York. December 17, 1906.)

No. 4,268.

CUSTOMS DUTIES—CLASSIFICATION—BOTTLES WITH MOUNTINGS—PLAIN BOTTLES.

The provision in Tariff Act July 24, 1897, c. 11, § 1, Schedule B, par. 99, 30 Stat. 156 [U. S. Comp. St. 1901, p. 1633], for "plain" glass bottles, *held* not to include fancy bottles with metal mountings.

On application for Review of a Decision of the Board of United States General Appraisers.

The decision below affirmed the assessment of duty by the collector of customs at the port of New York.

The pertinent portions of Act July 24, 1897, c. 11, § 1, Schedule B, pars. 99, 100, 30 Stat. 156, 157 [U. S. Comp. St. 1901, p. 1633], referred to below, are as follows:

"99. Plain green or colored, molded or pressed, and flint, lime, or lead glass bottles, * * * unfilled, not otherwise specially provided for.

"100. Glass bottles * * * ornamented, decorated, or ground, * * * and any articles of which such glass is the component material of chief value."

Walden & Webster (Henry J. Webster, of counsel), for the importers.

D. Frank Lloyd, Asst. U. S. Atty.

HAZEL, District Judge. This is an appeal by the importers from a decision of the Board of General Appraisers. The merchandise consists of fancy glass bottles, some with sterling silver, some with gilt, and some with nickel mountings. The collector assessed duty thereon at the rate of 45 per cent. ad valorem under paragraph 193 of the tariff act of 1897 (Act July 24, 1897, c. 11, § 1, Schedule C, 30 Stat. 166 [U. S. Comp. St. 1901, p. 1645]), as manufactures of glass and metal, metal chief value. They are claimed by the importers to be properly dutiable under the provisions of paragraph 99 of said act (30 Stat. 156, 157 [U. S. Comp. St. 1901, p. 1633]).

These are not plain glass bottles under paragraph 99, nor are they covered by paragraph 100, but are manufactures of metal and glass.

The decision of the Board of General Appraisers is affirmed.